IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JORDAN RAY WARD                                                                                    PLAINTIFF

V.                                        CASE NO. 6:17-CV-06033

ED HOLLINENWORTH, *et al.*                                                                   DEFENDANTS

## **JUDGMENT**

Pursuant to the Order of even date, **IT IS CONSIDERED**, **ORDERED**, and **ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ADJUDGED**, on this 5th day of October 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge